Crum, impleaded with others. W. P. Maloney, for appellant. R. T. Greene, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents, on the ground that the case should have been submitted to the jury.

---

In re EASTON'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) In the matter of the estate of Marinus W. Easton, deceased.

PER CURIAM. The decree entered June 17, 1909, is modified by striking therefrom the provision for an allowance of $50 costs against Etta E. Newkirk and Burton P. Easton personally, and, as so modified, affirmed, without costs of this appeal to either party. The decree entered June 24, 1909, is affirmed, without costs of this appeal to either party.

SPRING, J., dissents, and votes for reversal, upon the ground that there is no sufficient proof that any part of the money deposited in the savings bank was set apart to Jane Easton, the widow, and that reversible errors were committed on the trial.

---

EDGAR C. RIEBE & CO., Respondents, v. CARROLL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Edgar C. Riebe & Co. against Daniel J. Carroll. No opinion. Order affirmed, with $10 costs and disbursements.

---

EDMISTER et al., Respondents, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Willis D. Edmister and others against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted with costs to appellant to abide event.

COCHRANE, J., dissents. HOUGHTON, J., not sitting.

---

EISENBERG, Respondent, v. NAUMBERG, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Maurice Eisenberg against Bernard Naumberg. L. A. Tanzer, for appellant. A. Rosenthal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ELDRIDGE, Appellant, v. GARNER et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Harry Eldridge against William T. Garner and another. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of Bauer v. Dewey, 166 N. Y. 402, 60 N. E. 30.

---

EMANUELLI, Respondent, v. MILLIKEN BROS., Appellants. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by John Emanuelli against Milliken

Bros. W. L. Kiefer, for appellants. F. H. Field, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

EMERY, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Thomas Emery against the City of Niagara Falls. No opinion. Judgment affirmed, with costs.

---

ENGLE, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by William Engle against the United Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

---

FEARING, Respondent, v. LINDSLEY, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by William H. Fearing against Van Sinderen Lindsley. J. V. Bouvier, for appellant. J. Quinn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, infra.

---

FEARING v. LINDSLEY. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by William H. Fearing against Van Sinderen Lindsley. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

---

FEINBERG, Appellant, v. FEINBERG, Respondent. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Herman Feinberg against Fella Feinberg, sued as "Fella Hochman." C. Shamroth, for appellant. W. W. Kilcullen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FEINBERG v. FEINBERG. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Herman Feinberg against Fella Feinberg. No opinion. Motion granted. Order filed.

---

FELLS, Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Morris Fells against Herman C. Myers. No opinion. Order affirmed, with $10 costs and disbursements.

---

FERGUSON CONSTRUCTING CO., Appellant, v. HELDERBERG CEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by the Ferguson Constructing Company against the Helderberg Cement Company. B. Tolles, for appellant. M. Downs, for respondent. No opinion. Judgment affirmed, with costs, on 135 App. Div. 494, 120 N. Y. Supp. 317. Order filed. See, also, 136 App. Div. 922, 120 N. Y. Supp. 1112.